IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LOLA NADINE ROBINSON                                              PLAINTIFF


        v.                              CIVIL NO. 12-5052


MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                    DEFENDANT


### J U D G M E N T

        For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 23rd day of May, 2013.


                              /s/ *Erin L. Setser*
                              HON. ERIN L. SETSER
                              UNITED STATES MAGISTRATE JUDGE


---

[1]Carolyn Colvin became the Acting Social Security Commissioner on February 14, 2013.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner  Michael J. Astrue as the Defendant in this suit.